# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0418

VERSUS

TREVAIR PATTERSON

**JULY 15, 2024**

---

In Re:   Trevair Patterson, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 47127.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**


**WRIT DENIED.** A hearing on relator's motion for preliminary examination is set for July 24, 2024.

**EW**
**CHH**
**SMM**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT